(115 So. 223)

### R. E. DONALD et al. v. S. S. HOWZE MOTOR CO. (8 Div. 3.)

Supreme Court of Alabama. Jan. 26, 1928.

Certiorari to Court of Appeals.

E. W. Godbey, of Decatur, for petitioners.
A. J. Harris, of Decatur, opposed.

PER CURIAM. Petition of R. E. Donald and W. H. Glasgow for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Donald et al. v. S. S. Howze Motor Co., 115 So. 221.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.